# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WANDA SILVERMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NATIONAL DEFAULT SERVICING ) <br> CORP; WACHOVIA MORTGAGE; ) <br> WELLS FARGO BANK; MORTGAGE ) <br> ELECTRONIC REGISTRATION ) <br> SYSTEM, INC.; INDYMAC BANK; ) <br> ONEWEST BANK, ) <br> ) <br> ) <br> Defendants. ) <br> ) | 2:09-CV-02180-PMP-LRL <br><br> **ORDER** |

On December 11, 2009, the Court entered an Order (Doc. #7) granting Defendants' Motion to Dismiss Plaintiff's Complaint and for Release of Lis Pendens. On March 5, 2010, the Court granted Plaintiff's Motion to Set Aside the Order of dismissal and allowed Plaintiff to file an untimely response to Defendants' original motion to dismiss. Plaintiff's Opposition (Doc. #19) was filed on March 26, 2010, and Defendants' filed a Reply Memorandum (Doc. #20) on April 5, 2010.

Having read and considered the foregoing, and for the reasons set forth in Defendants' Motion to Dismiss (Doc. #5) and Reply (Doc. #20), the Court finds that Defendants' Motion to Dismiss (Doc. #5) must be granted on its merit.

///

///

**IT IS THEREFORE ORDERED that** Defendants Wachovia Mortgage, FSB and Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint, and for Release of Lis Pendens (Doc. #5) is **GRANTED**.

DATED: April 19, 2010.

PHILIP M. PRO
United States District Judge